IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division



FILED
IN OPEN COURT

JUL 1 0 2023

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:23CR54 |
| | ) | |
| v. | ) | |
| | ) | |
| CORTEZ BUMPHUS | ) | |
| (Counts 1-4) | ) | 21 U.S.C. § 841 |
| | ) | Possession with Intent to Distribute and |
| | ) | Distribution of Marijuana |
| | ) | (Count 1) |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Felon in Possession of a Firearm |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | Possession of Firearm in Furtherance of |
| | ) | Drug Trafficking |
| | ) | (Count 3) |
| | ) | |
| | ) | 21 U.S.C. § 856 |
| | ) | Maintain Drug Involved Premises |
| | ) | (Count 4) |
| | ) | |
| | ) | 21 U.S.C. § 853 |
| | ) | Forfeiture Allegation |
| | ) | |
| | ) | |

## INDICTMENT

July 2023 Term - At Newport News, Virginia

1

<u>COUNT ONE</u>

THE GRAND JURY CHARGES THAT:

On or about July 5, 2023, in the Eastern District of Virginia and elsewhere, the defendant, CORTEZ BUMPHUS did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing less than 50 kilograms of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D))

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 5, 2023, in the Eastern District of Virginia and elsewhere, the defendant CORTEZ BUMPHUS, knowing that he had been previously convicted of a felony crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess, in and affecting interstate or foreign commerce, a firearm, to wit: a Ruger 5.7 pistol, a Glock 22 handgun, a Glock 17 handgun, and a Smith and Wesson 9mm handgun.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 5, 2023, in the Eastern District of Virginia and elsewhere, the defendant CORTEZ BUMPHUS, unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana, a Schedule I controlled substance.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

<u>COUNT FOUR</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 5, 2023, in the Eastern District of Virginia and elsewhere, the defendant CORTEZ BUMPHUS, did unlawfully and knowingly use and maintain a place located at 5124 Goldsboro Drive, #7, Hampton, VA for the purpose of manufacturing, distributing, and using marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 856)

<u>FORFEITURE</u>

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.      The defendant, if convicted of either of the violations alleged in counts one and four of this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

      a.   Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

      b.   Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

2.      The defendant, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

3.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

4.      The assets subject to forfeiture include, but are not limited to:

      a.   A Smith & Wesson 9mm handgun with serial # TDB0660;

      b.   A Ruger 5.7 handgun with serial # 641-85852;

      c.   A Glock 22 firearm with serial # BSRD355;

      d.   A Glock 17 firearm with serial # BUNM504;

      e.   All ammunition seized from a residence in Yorktown, Virginia on July 5, 2023;

f.   All ammunition seized from an apartment in Hampton, Virginia on July 5, 2023;

g.   A maroon 2022 Jeep Grand Wagoneer with VIN # 1C4SJVAT1NS196604;

h.   $27,340 in U.S. currency seized from a residence in Yorktown, Virginia on July 5, 2023;

i.   $34,304 in U.S. currency seized from an apartment in Hampton, Virginia on July 5, 2023;

j.   Miscellaneous designer accessories and shoes seized from a residence in Yorktown, Virginia on July 5, 2023.

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).)

UNITED STATES V. CORTEZ BUMPHUS 4:23CR 54

Pursuant to the E-Government Act
the original of this page has been filed
under seal in the Clerk's Office

A TRUE BILL:
REDACTED COPY

_____

F O R E P E R S O N

JESSICA D. ABER
UNITED STATES ATTORNEY

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States

8