Cortez D. Bumphus ID 64603
Western Tidewater Regional Jail
2402 Godwin Blvd
Suffolk, VA 23434

Case No. 4:23cr-54

July 16, 2024

Hon. Judge Arenda Wright-Allen
United States District Court, E.D. of Virginia
600 Granby Street
Norfolk, VA 23510

Dear Judge Wright-Allen:

    I hope this letter finds you well. I write to bring to your attention an issue that I believe warrants a hearing for clarification and resolution. This is my second letter to the court. My first was on July 8, 2024.

    During a recent visit with my attorney on July 16, 2024, I expressed my desire to file a motion regarding an illegal search and seizure, citing violations of my Fourth Amendment rights. I also discussed the need to get my docket sheet, which would disclose all and every event pertaining to my case, including documents from discovery.

    When I received the docket sheet, it did not show the dates of my arrest, the affidavits did not have the judge's sworn signature, and it was incomplete.

CORTEZ D BUMPHUS   #64603                Page 2
                          Re: Case No. 4:23 cr 54

    Despite this evidence, my attorney dismissed my request to file a motion that would potentially protect my constitutional rights, stating that it was a waste of time. This approach undermines my defense. And then he stated he would let judge know "We are not seeing eye to eye" so he could just withdraw from the case.

    It's important to know prior to that visit, he made this statement: "If I wanted to get rid of him, now would be the time for the court's approval. And if that's not enough, I just learned about a superseding indictment that was filed on 4/18/2024. That is three (3) months after the filing.

    I believe it's essential that the court be aware of those issues, so that the appropriate actions can be taken to safeguard my legal rights and ensure proper representation.

Respectfully Submitted on July 16, 2024

Sincerely,
Cortez Bumphus

CORTEZ D. Bumphus